# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:21cr136-KDB |
| ) | |
| v. ) | **BILL OF INDICTMENT** |
| ) | |
| ) | Violation: 18 U.S.C. § 922(g)(1) |
| J'LAN TYRIQUE FLOYD ) | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
*(Possession of a Firearm by a Convicted Felon)*

On or about June 18, 2020, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**J'LAN TYRIQUE FLOYD,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, that is, a Glock, Model 27, .40 caliber pistol, in and affecting commerce; in violation of Title 18, United States Code, Section 922(g)(1).

**NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE**

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The firearms and ammunition listed below are subject to forfeiture in accordance with § 924(d) because they were involved in, used, or intended to be used in the violation alleged in this bill of indictment. The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

(a) one Glock, Model 27, .40 caliber pistol, serial number UFT905;
(b) ammunition seized during the investigation.

A TRUE BILL

FOREPERSON

WILLIAM T. STETZER
ACTING UNITED STATES ATTORNEY

_____
ROBERT GLEASON
ASSISTANT UNITED STATES ATTORNEY